CITY BANK FARMERS TRUST COMPANY et al., as Trustees under Agreement Dated June 28, 1921, Appellants, v. ALFRED D. BELL et al., Individually and as Executors of ELIZA D. BELL, Deceased, Defendants, and CHRISTY W. BELL et al., Defendants-Respondents.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motions denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ARNOLD HOFMANN, Appellant, v. WILLIAM HOBBS, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied.

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.